**[8odsmcs]** [ORDER DISMISSING CASE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                               Case No. 8:10–bk–00384–CED
                                                                    Chapter 7

Alfredo Ayala
3708 Connor Avenue
Orlando, FL 32808

_____Debtor(s)_____/

ORDER DISMISSING CASE

      THIS CASE came on for consideration upon the Court's own motion for the purpose of entering an appropriate order. The Court considered the record and finds the debtor filed a Voluntary Petition under Chapter 7 on January 10, 2010 . At the time of filing, the clerk noted deficiencies to the petition, schedules, and/or statements. The clerk gave notice of the deficiencies to the debtor and provided an opportunity for the debtor to cure the deficiencies. The Court further finds that the debtor has failed to cure the deficiencies in a timely manner. Failure to cure the deficiencies constitutes grounds for dismissal of this case pursuant to Section 707(a) of the Bankruptcy Code. Accordingly, it is

      ORDERED:

      1. That this bankruptcy case is hereby dismissed without prejudice.

      2. All pending hearings are cancelled with the exception of any hearing on an Order to Show Cause that may be presently scheduled in this case.

      3. The Debtor(s) shall immediately pay to the Clerk of Court all fees due and owing pursuant to 28 U.S.C. 1930.

      4. The Chapter 7 Trustee is discharged from any further duties.

      DONE AND ORDERED on January 27, 2010 .

*/s/ Caryl E. Delano*
_____
Caryl E. Delano
United States Bankruptcy Judge